## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ABDOL HAMID KARIMI<br>ERNESTINA KARIMI<br><br>Debtor. | )<br>) Case No. 10 B 31966<br>)<br>)<br>)<br>) Chapter 7<br>)<br>)<br>) Honorable Judge Susan Pierson Sonderby |

### NOTICE OF MOTION

TO:  Abdol & Ernestine Karimi, Chapter 7 Trustee, 505 Skokie Blvd, Wilmette, IL 60091 (Via US Mail);
Andrew Maxwell, Chapter 7 Trustee, 105 W. Adams Street, Ste 3200, Chicago, IL 60603 (Via US Mail & ECF)
All creditors on the attached service list.

PLEASE TAKE NOTICE that on April 3, 2012, at 10:00 AM, the undersigned will appear before the Honorable Susan Pierson Sonderby at the Dirksen Federal Building, located at 219 S. Dearborn, Courtroom 642, Chicago, Illinois and will then and there present the attached Motion, at which time you may appear if you so choose.

### Certificate of Service

I, Mohammed Badwan, hereby certify that I caused a copy of this notice to be served, via U.S. mail to Abdol & Ernestina Karimi, electronically through ECF and US Mail to Andrew Maxwell (Chapter 7 Trustee), and attached Motion upon the above parties on March 27, 2012, before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:　/S/ MOHAMMED BADWAN
SULAIMAN LAW GROUP
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX:　(630) 575-8188
ATTORNEY NO: 6299011

Label Matrix for local noticing
0752-1
Case 10-31966
Northern District of Illinois
Chicago
Tue Mar 27 15:12:43 CDT 2012

Chase Home Finance LLC
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

GMAC Mortgage, LLC
c/o Codilis & Associates, P.C.
15W030 North Frontage Road
Suite #100
Burr Ridge, IL 60527-6921

Harris, N.A.
c/o Keough & Moody, P.C.
1250 E. Diehl Road, Suite 405
Naperville, IL 60563-9389

United States of America Small Business Admi
c/o United States Attorney
219 South Dearborn
Chicago, IL 60604-1702

Wells Fargo Bank, NA
c/o Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527-6921

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

AAA Financial Services
PO Box 851001
Dallas, TX 75285-1001

Absolute Collection Service
421 Fayeteville St.
Ste. 600
Raleigh, NC 27601-1777

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Art Resources
c/o Nathaniel D. Lawrence, Esq.
2835 N. Sheffield, Ste. 232
Chicago, IL 60657-9213

Bank Of America
Po Box 15311
Wilmington, DE 19850-5311

Blatt, Hasenmiller, Leibsker, Moore
125 South Wacker Drive, Suite 400
Chicago, IL 60606-4440

BlueCross BlueShield BluePlus
Po Box 2037
Aurora, IL 60507-2037

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Castle Orthopaedics Sports ME
2111 Ogden Ave.
Aurora, IL 60504-7597

Castle Surgicenter LLC
c/o Certified Services, Inc.
Po Box 177
Waukegan, IL 60079-0177

Cbna
Po Box 769006
San Antonio, TX 78245-9006

Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085-5192

Chase
10790 Rancho Bernardo Rd
San Diego, CA 92127-5705

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase
c/o Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153

Chesterfield Awning Co., Inc.
16999 Van Dam Road
South Holland, IL 60473-2690

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Collection
1071 Worcester Road Rt 9
Framingham, MA 01701-5247

Colson Services, Corp.
PO Box 1289
New York, NY 10274-1289

Computer Credit, Inc.
640 West Fourth St.
Po Box 5238
Winston Salem, NC 27113-5238

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

EDC GP2, LLC
600 W. Chicago Ave.
Ste. 570
Chicago, IL 60654-2801

EDC Management, Inc.
600 W. Chicago Ave.
Ste. 570
Chicago, IL 60654-2801

BDM Managemnet, Inc.
600 W. Chicago Ave.
Ste. 570
Chicago, IL 60654-2801

Edward Hospital
Po Box 4207
Carol Stream, IL 60197-4207

Experian
Business Information Services
475 Anton Boulevard
Costa Mesa, CA 92626-7037


First Financial Resources, Inc.
209 W. Central St., Ste. 107
Natick, MA 01760-3716

First National Merchant Solutions
Po Box 2196
Omaha, NE 68103-2196

Gemb/Banana Rep
Po Box 981400
El Paso, TX 79998-1400


Gemb/Meijer Dc
Po Box 981400
El Paso, TX 79998-1400

Gmac Mortgage
3451 Hammond Ave
Waterloo, IA 50702-5300

Grant Park 2, LLC
600 West Chicago Ave.
Ste. 570
Chicago, IL 60654-2801


HSBC
PO Box 5244
Carol Stream, IL 60197-5244

HSBC
PO Box 80053
Salinas, CA 93912

HSBC
Po Box 98701
Las Vegas, NV 89193-8701


Harris
Po Box 5042
Rolling Meadows, IL 60008-5042

Harris Trust& Savings
111 W Monroe St
Chicago, IL 60603-4095

Illinois Depart of Revenue
100 W. Randolph St. 7-400
Springfield, IL 62794-9025


Illinois Depart of Revenue
PO Box 19025
Springfield, IL 62794-9025

Karimi Collection Inc.
505 Skokie Blvd.
Wilmette, IL 60091-2131

Kenny & Kenny
100 W. Roosevelt Rd.
Ste. B-7
Wheaton, IL 60187-5286


Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Lord & Taylor
PO Box 960035
Orlando, FL 32896-0035

MHS Physician Services
Po Box 5081
Janesville, WI 53547-5081


Med Busi Bur
1460 Renaissance D Suite 400
Park Ridge, IL 60068-1349

Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068-7219

Mercy Walworth Hospital & Medical
Po Box 5003
Janesville, WI 53547-5003


Meyter & Njus, P.A.
134 N. LaSalle Street, Ste. 1840
Chicago, IL 60602-1100

Michael D. Fine, Esq.
131 South Dearborn St., 5th Floor
Chicago, IL 60603-5571

Milenium Family Dental
13544 S. Route 33
Ste. 100
Plainfield, IL 60585


Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL 60018-4521

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044-2368

Nordstrom Fsb
Po Box 6555
Englewood, CO 80155-6555

| | | |
|---|---|---|
| PNC Bank<br>2730 Liberty Ave.<br>Pittsburgh, PA 15222-4747 | PNC Bank<br>PO Box 5570<br>Cleveland, OH 44101-0570 | Paragonway<br>2101 West Ben Whit<br>Austin, TX 78704-7516 |
| Pierce & Associates, PC<br>1 North Dearnborn Street, Ste. 1300<br>Chicago, IL 60602-4373 | RCN<br>Po Box 11816<br>Newark, NJ 07101-8116 | Rush Copley Medical Center<br>2000 Ogden Avenue<br>Aurora, IL 60504-5893 |
| Rush Copley Medical Center<br>PO Box 352<br>Aurora, IL 60507-0352 | Rush University Medical Center<br>1700 W. Van Buren<br>Chicago, IL 60612-3228 | Rush University Medical Group<br>75 Remittance Dr.,<br>Dept. 6807<br>Chicago, IL 60675-6807 |
| Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sklar-Markind<br>102 Brownling Lane<br>Building B, Ste. 1<br>Cherry Hill, NJ 08003-3195 | SomerCor 504, Inc.<br>601 South LaSalle, Ste. 510<br>Chicago, IL 60605-1726 |
| T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274-2596 | Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Trust Rec Sv<br>Munster, IN 46321 |
| Trustmark Recovery Services<br>541 Otis Bowen Drive<br>Munster, IN 46321-4158 | VeriCore<br>Attn: Thomas Pierce Sr.<br>10115 Kincey Ave., Ste. 100<br>Huntersville, NC 28078-6482 | Weltman Weinberg & Reis<br>175 N. LaSalle Street, Suite 900<br>Columbus, OH 43215-5166 |
| Zions First National B<br>1 S Main St Fl 14<br>Salt Lake City, UT 84133-1109 | Zions First National Bank<br>c/o Steven A. Levy, Goldberg Kohn Ltd.<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603-5792 | Abdol Hamid Karimi<br>505 Skokie Blvd.<br>Wilmette, IL 60091-2131 |
| Alexey Y Kaplan<br>Kaplan Law Offices P C<br>950 Skokie Blvd.<br>Suite 310<br>Northbrook, IL 60062-4018 | Andrew J Maxwell ESQ<br>Maxwell & Potts, LLC<br>105 West Adams Street<br>Suite 3200<br>Chicago, IL 60603-6209 | Ernestina Karimi<br>2412 Wild Timothy Rd.<br>Naperville, IL 60564-4320 |

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Grant Park 2, LLC

(u)Zions First National Bank Na

(d)The Karimi Collection
505 Skokie Blvd.
Wilmette, IL 60091-2131

(d)The Karimi Collection, Inc.
505 Skokie Blvd.
Wilmette, IL 60091-2131

End of Label Matrix
Mailable recipients   84
Bypassed recipients    4
Total                 88

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ABDOL HAMID KARIMI; ERNESTINA KARIMI | ) ) ) ) ) ) ) | NO. 10 B 31966 Chapter 7 Judge Susan Pierson Sonderby |
| Debtors | | |

## MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY

**COME NOW THE ABOVE-NAMED DEBTORS**, by and through their attorneys, Sulaiman Law Group, Ltd., pursuant to 11 U.S.C § 554(b), moving this Court for entry of an order compelling the successor Chapter 7 trustee, Andrew Maxwell (the "Trustee"), to abandon property of the debtors' estate, and in support thereof respectfully state as follows:

### I. STATEMENT OF GROUNDS

1. On or about July 19, 2010, Abdol Hamid Karimi and Ernestina Karimi ("Debtors") filed this Chapter 7 case.

2. The Debtors received a discharge on November 23, 2010. To date, the case has not been closed.

3. As of the date of this motion, the Debtors are owners of the property commonly known as 1235 S. Prairie Avenue, #2305, Chicago, Illinois ("subject property").

4. On March 5, 2011, Thomas Enzendorfer and Laura Enzendorfer ("Tenants") executed a rental lease ("lease") related to the subject property.

5. On March 10, 2011, the Debtors executed the same.

6. Since January 1, 2012, the Tenants have not paid the monthly rent pursuant to the terms of the lease. As such, the Debtors have a claim against the Tenants pursuant to the Illinois Code of Civil Procedure, which governs forcible entry and detainer actions in the State of Illinois. 735 ILCS 5/9-101, et. seq.

7. Although the Debtors received their discharge on November 23, 2010, neither the original Trustee, nor the successor Trustee has filed a final report.

8. Although it appears that the case is a no asset case, the Trustee has not filed any report or determination to this effect, nor has the Trustee filed any report or determination that the case is an asset case.

9. Given that the case remains open and that the Trustee has not filed a final report and distribution, Debtors seek a comfort order granting them the right to exercise their possessory interest in the subject property.

10. Moreover, the Debtors wish to file a forcible entry and detainer action against the Tenants to recover possession of the subject property and to recover the unpaid rent.

11. To the best of the Debtors' knowledge, none of the Debtors' creditors filed proofs of claim in this Chapter 7 case.

12. Debtors, via their prior counsel, Alexey Y. Kaplan, attempted to contact the Trustee to clarify whether he had an interest in the subject property or the lease. *See* Exhibit A, a true and correct copy of Mr. Kaplan's letter. Alexey Y. Kaplan has indicated he has no objection to the undersigned filing an additional appearance in this matter.

13. As of the date of filing, no response has been received from the Trustee.

14. According to Debtors' schedule A, the value of the subject property is encumbered by a mortgage that exceeds the value of the subject property.

15. Upon information and belief, the subject property, the claim, and the lease are of inconsequential value to the estate.

16. The Debtors are unduly prejudiced each day the tenants occupy the property without payment, leaving Debtors unable to make payments to the mortgage holder or obtain a loan modification.

17. Debtor is seeking a comfort order authorizing Debtors to exercise their possessory rights in the subject property.

18. Therefore, an order compelling the trustee to abandon the subject property, the claim, and the lease is appropriate under 11 U.S.C. §554(b).

      **WHEREFORE**, the Debtors request that the Court grant their Motion to Compel Trustee to Abandon Property, and enter an order compelling the Trustee to abandon the subject property, the claim and the lease, and any other relief that this Honorable Court deems necessary and proper.

                                         By:    s:/Mohammed O Badwan

Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, Illinois 60523
Attorney No. 6283058
(630) 575-8181 Telephone
(630) 575-8188 Facsimile