UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 10-31966
ABDOL HAMID KARIMI and )
ERNESTINA KARIMI ) Chapter: 7
)
) Honorable Susan Pierson Sonderby
)
)
Debtor(s) )

## ORDER COMPELLING
## DEBTORS TO DELIVER PROPERTY OF THE ESTATE AND FOR OTHER RELIEF

This case coming to be heard on Trustee's Motion to Compel Debtors to Deliver Property of the Estate ("Motion") filed on behalf of Andrew J. Maxwell, Trustee; due notice having been given; counsel for Trustee having appeared; and the Court being advised in the premises; it is, therefore

Based on the allegations set forth in the Motion, the Court orders the following relief:

1. The Debtors are hereby directed, ordered, and compelled forthwith to deliver to the Trustee or his designated agent the following: 1) all information and documents in their possession or control regarding that certain lease agreement for property known as 1235 S. Prairie Avenue, Unit 2305, Chicago, Illinois (the "subject property" or the "Prairie real estate") executed on or about March 5, 2011 with Thomas and Laura Enzendorfer (the "Lease"), including but not limited to a true and accurate copy of the Lease; 2) any and all rental income received or alleged to be due to them in connection with the Lease or the use and occupancy of the Prairie real estate; and 3) to provide a complete, written accounting of all receipts and disbursements for the Prairie real estate from the commencement of the bankruptcy case to the present, including income or expense accrued but not yet paid or received, by May 8, 2012 to the address listed below;

2. This Motion is continued for status and further hearing to May 24, 2012 at 10:00 a.m., without further notice.

Enter:

Dated: 4, 2—6. / 2

United States Bankruptcy Judge

**Prepared by:**
Andrew J. Maxwell (ARDC #1799150)
Vikram R. Barad (ARDC #6277076)
Nicole A. Elipas (ARDC #6303236)
Maxwell Law Group, LLC
105 West Adams, Suite 3200
Chicago, IL 60603
312/368-1138

Rev: 20120209_bko