**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-31966 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KARIMI, ABDOL HAMID | | | Date Filed (f) or Converted (c): | 07/19/10 (f) |
| | KARIMI, ERNESTINA | | | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 03/31/16 | | | Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence/Condominium: 5121 N. Kenmore Ave., Apt. | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Residence/Single Family House: 2412 Wild Timothy R | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. Investment/Single story commerical retail space: 5 | 700,000.00 | 0.00 | | 0.00 | FA |
| Investment/Single story commerical retail space: 505 Skokie Blvd. Wilmette, Illinois 60091 | | | | | |
| 4. Investment/Condominium: 1235 S. Prairie Ave., Unit | 415,000.00 | 0.00 | | 8,550.00 | FA |
| 5. Cash on hand | 125.00 | 0.00 | | 0.00 | FA |
| 6. Personal checking account at Fifth Third Bank | 750.00 | 0.00 | | 0.00 | FA |
| 7. Personal checking account at North Shore Community | 200.00 | 0.00 | | 0.00 | FA |
| 8. Personal savings account at Fifth Third Bank | 200.00 | 0.00 | | 0.00 | FA |
| 9. Business checking account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Business savings account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 11. Security deposit with seller for the purchase of U | 32,500.00 | 27,525.00 | | 0.00 | FA |
| 12. Necessary and general household goods and furnishi | 750.00 | 0.00 | | 0.00 | FA |
| 13. Necessary and ordinary household goods and furnish | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Necessary wearing apparel HUSBAND | 350.00 | 0.00 | | 0.00 | FA |
| 15. Necessary wearing apparel WIFE | 500.00 | 0.00 | | 0.00 | FA |
| 16. Term life insurnace | 0.00 | 0.00 | | 0.00 | FA |
| 17. 60% shareholder of The Karimi Collection, Inc. Con | 19,200.00 | 19,200.00 | | 0.00 | FA |
| 18. 40% shareholder of The Karimi Collection, Inc. Con | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 19. 2001 Audi TT with aprox. 150,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2004 Yukon GMAC XL with aprox. 75,000 miles (in na | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. judgment against debtors per court order (u) | 0.00 | 11,800.00 | | 0.00 | 11,800.00 |

LFORM1

Ver: 19.06

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 10-31966 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | | | Date Filed (f) or Converted (c): | 07/19/10 (f) |
| | KARIMI, ERNESTINA | | | 341(a) Meeting Date: | 09/21/10 |
| | | | | Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| judgment may be uncollectible | | | | | |

TOTALS (Excluding Unknown Values)   $1,737,075.00   $70,525.00       $8,550.00   Gross Value of Remaining Assets $11,800.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

working on TFR - only remaining asset is the judgment against debtors.

motion for rule to show cause/judgment against Ds for failure to pay over the money they converted;
motion for rule to show granted, J agst. Ds 3-6-13 for $13K.  Unable to collect J thus far, considering alternatives.
RE issues being investigated, completed

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/16

LFORM1

Ver: 19.06

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-31966 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | Bank Name: | ASSOCIATED BANK |
| | KARIMI, ERNESTINA | Account Number / CD #: | *******7977  Checking Account |
| Taxpayer ID No: | *******0360 | | |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/12 | 4 | LAURA P. ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 2,850.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 5,700.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RENTAL OF REAL PROPERTY - OCTOBER | 1122-000 | 2,850.00 | | 8,550.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.46 | 8,548.54 |
| * 12/02/12 | | ASSOCIATED BANK | Bounce Check Fee | 2600-003 | 24.00 | | 8,572.54 |
| 12/02/12 | | Associated Bank | Bounce Check Fee | 2600-000 | | 24.00 | 8,548.54 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.22 | 8,546.32 |
| * 12/11/12 | | Reverses Adjustment IN on 12/02/12 | Bounce Check Fee<br>entered incorrectly | 2600-003 | -24.00 | | 8,522.32 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.43 | 8,516.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,504.23 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.42 | 8,492.81 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.09 | 8,485.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,473.09 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,460.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 8,448.32 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,436.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,423.62 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,411.10 |

Page Subtotals     8,550.00     138.90

Ver: 19.06

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-31966 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | Bank Name: | ASSOCIATED BANK |
|  | KARIMI, ERNESTINA | Account Number / CD #: | *******7977  Checking Account |
| Taxpayer ID No: | *******0360 |  |  |
| For Period Ending: | 03/31/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.10 | 8,399.00 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.49 | 8,386.51 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.07 | 8,374.44 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.45 | 8,361.99 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 |  | 9.17 | 8,352.82 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.43 | 8,340.39 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.20 | 8,329.19 |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.38 | 8,316.81 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.97 | 8,304.84 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.35 | 8,292.49 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.93 | 8,280.56 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.31 | 8,268.25 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.29 | 8,255.96 |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.88 | 8,244.08 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.26 | 8,231.82 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.84 | 8,219.98 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.22 | 8,207.76 |
| 02/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.20 | 8,195.56 |
| 03/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.01 | 8,184.55 |
| 03/20/15 | 010003 | ADAMS LEVINE Attn: Maria Sponza 60 East 42nd Street Suite 965 New York, NY 10165-0965 | Bond Payments BOND # 10BSBGR6291 | 2300-000 |  | 7.87 | 8,176.68 |
| 04/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.17 | 8,164.51 |
| 05/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.75 | 8,152.76 |
| 06/05/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.12 | 8,140.64 |

Page Subtotals          0.00          270.46

LFORM24

Ver: 19.06

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-31966 -TAB | |
| Case Name: | KARIMI, ABDOL HAMID | |
| | KARIMI, ERNESTINA | |
| Taxpayer ID No: | *******0360 | |
| For Period Ending: | 03/31/16 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7977  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.71 | 8,128.93 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.09 | 8,116.84 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,104.77 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.66 | 8,093.11 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.03 | 8,081.08 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.63 | 8,069.45 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,057.45 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.47 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.19 | 8,034.28 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 8,550.00 | 515.72 | 8,034.28 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,550.00 | 515.72 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,550.00 | 515.72 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7977 | 8,550.00 | 515.72 | 8,034.28 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,550.00 | 515.72 | 8,034.28 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     106.36

Ver: 19.06

LFORM24