# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
KARIMI, ABDOL HAMID                       §    Case No. 10-31966 TAB
KARIMI, ERNESTINA                         §
                                          §
                                          §
                Debtors                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/19/2010. The undersigned trustee was appointed on 07/19/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $       8,550.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 29.10 |
   | Bank service fees | 503.53 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 8,017.37 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was  04/19/2013  and the deadline for filing governmental claims was  04/19/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,605.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,605.00 , for a total compensation of $ 1,605.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2016                By:/s/ANDREW J. MAXWELL, TRUSTEE
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-31966 | TAB | Judge: TIMOTHY A. BARNES | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | | | | Date Filed (f) or Converted (c): | 07/19/10 (f) |
| | KARIMI, ERNESTINA | | | | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 10/05/16 | | | | Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence/Condominium: 5121 N. Kenmore Ave., Apt. | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Residence/Single Family House: 2412 Wild Timothy R | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. Investment/Single story commerical retail space: 5 | 700,000.00 | 0.00 | | 0.00 | FA |
| Investment/Single story commerical retail space: 505 Skokie Blvd. Wilmette, Illinois 60091 | | | | | |
| 4. Investment/Condominium: 1235 S. Prairie Ave., Unit | 415,000.00 | 0.00 | | 8,550.00 | FA |
| 5. Cash on hand | 125.00 | 0.00 | | 0.00 | FA |
| 6. Personal checking account at Fifth Third Bank | 750.00 | 0.00 | | 0.00 | FA |
| 7. Personal checking account at North Shore Community | 200.00 | 0.00 | | 0.00 | FA |
| 8. Personal savings account at Fifth Third Bank | 200.00 | 0.00 | | 0.00 | FA |
| 9. Business checking account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Business savings account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 11. Security deposit with seller for the purchase of U | 32,500.00 | 27,525.00 | | 0.00 | FA |
| 12. Necessary and general household goods and furnishi | 750.00 | 0.00 | | 0.00 | FA |
| 13. Necessary and ordinary household goods and furnish | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Necessary wearing apparel HUSBAND | 350.00 | 0.00 | | 0.00 | FA |
| 15. Necessary wearing apparel WIFE | 500.00 | 0.00 | | 0.00 | FA |
| 16. Term life insurnace | 0.00 | 0.00 | | 0.00 | FA |
| 17. 60% shareholder of The Karimi Collection, Inc. Con | 19,200.00 | 19,200.00 | | 0.00 | FA |
| 18. 40% shareholder of The Karimi Collection, Inc. Con | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 19. 2001 Audi TT with aprox. 150,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2004 Yukon GMAC XL with aprox. 75,000 miles (in na | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. judgment against debtors per court order doc # 98 (u) | 0.00 | 13,325.00 | | 0.00 | 13,325.00 |

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Ver: 19.06a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No: 10-31966  TAB  Judge: TIMOTHY A. BARNES  
Case Name: KARIMI, ABDOL HAMID  
KARIMI, ERNESTINA  

Trustee Name: ANDREW J. MAXWELL, TRUSTEE  
Date Filed (f) or Converted (c): 07/19/10 (f)  
341(a) Meeting Date: 09/21/10  
Claims Bar Date: 04/19/13  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| judgment may be uncollectible | | | | | |

TOTALS (Excluding Unknown Values)    $1,737,075.00    $72,050.00         $8,550.00    Gross Value of Remaining Assets $13,325.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted 9.27.16

trying to resolve secured claim so TFR can be completed - case is very administratively insolvent

working on TFR - only remaining asset is the judgment against debtors.

motion for rule to show cause/judgment against Ds for failure to pay over the money they converted;

motion for rule to show granted, J agst. Ds 3-6-13 for $13K.  Unable to collect J thus far, considering alternatives.

RE issues being investigated, completed

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-31966 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | Bank Name: | ASSOCIATED BANK |
|  | KARIMI, ERNESTINA | Account Number / CD #: | *******7977 Checking Account |
| Taxpayer ID No: | *******0360 | | |
| For Period Ending: | 10/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/12 | 4 | LAURA P. ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 2,850.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 5,700.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER<br>1235 S PRAIRIE AVE, APT 2305<br>CHICAGO, IL 60605 | RENTAL OF REAL PROPERTY - OCTOBER | 1122-000 | 2,850.00 | | 8,550.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.46 | 8,548.54 |
| * 12/02/12 | | ASSOCIATED BANK | Bounce Check Fee | 2600-003 | 24.00 | | 8,572.54 |
| 12/02/12 | | Associated Bank | Bounce Check Fee | 2600-000 | | 24.00 | 8,548.54 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.22 | 8,546.32 |
| * 12/11/12 | | Reverses Adjustment IN on 12/02/12 | Bounce Check Fee<br>entered incorrectly | 2600-003 | -24.00 | | 8,522.32 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.43 | 8,516.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,504.23 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.42 | 8,492.81 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.09 | 8,485.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,473.09 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,460.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 8,448.32 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,436.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,423.62 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,411.10 |
| | | | Page Subtotals | | 8,550.00 | 138.90 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-31966 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | | Bank Name: | ASSOCIATED BANK |
| | KARIMI, ERNESTINA | | Account Number / CD #: | *******7977 Checking Account |
| Taxpayer ID No: | *******0360 | | | |
| For Period Ending: | 10/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,399.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.49 | 8,386.51 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,374.44 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.45 | 8,361.99 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 9.17 | 8,352.82 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.43 | 8,340.39 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.20 | 8,329.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,316.81 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.97 | 8,304.84 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.35 | 8,292.49 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.93 | 8,280.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.31 | 8,268.25 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,255.96 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.88 | 8,244.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.26 | 8,231.82 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.84 | 8,219.98 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.22 | 8,207.76 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.20 | 8,195.56 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 8,184.55 |
| 03/20/15 | 010003 | ADAMS LEVINE | Bond Payments | 2300-000 | | 7.87 | 8,176.68 |
| | | Attn: Maria Sponza | BOND # 10BSBGR6291 | | | | |
| | | 60 East 42nd Street Suite 965 | | | | | |
| | | New York, NY 10165-0965 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.17 | 8,164.51 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.75 | 8,152.76 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.12 | 8,140.64 |

Page Subtotals     0.00     270.46

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-31966 -TAB | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | KARIMI, ABDOL HAMID | Bank Name: | ASSOCIATED BANK |
|  | KARIMI, ERNESTINA | Account Number / CD #: | *******7977 Checking Account |
| Taxpayer ID No: | *******0360 |  |  |
| For Period Ending: | 10/05/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.71 | 8,128.93 |
| 08/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.09 | 8,116.84 |
| 09/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.07 | 8,104.77 |
| 10/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.66 | 8,093.11 |
| 11/06/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.03 | 8,081.08 |
| 12/07/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.63 | 8,069.45 |
| 01/08/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 12.00 | 8,057.45 |
| 02/05/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.98 | 8,045.47 |
| 03/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.19 | 8,034.28 |
| 04/07/16 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 11.94 | 8,022.34 |
| 04/12/16 | 010004 | ARTHUR B. LEVINE COMPANY  370 LEXINGTON AVE  SUITE 1101  NEW YORK, NY 10017 | Bond Blanquet  Bond # 10BSBGR6291 | 2300-000 |  | 4.97 | 8,017.37 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 8,550.00 | 532.63 | 8,017.37 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 8,550.00 | 532.63 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 8,550.00 | 532.63 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********7977 | 8,550.00 | 532.63 | 8,017.37 |
|  | 8,550.00 | 532.63 | 8,017.37 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    123.27

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 10-31966 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KARIMI, ABDOL HAMID | | Bank Name: | ASSOCIATED BANK |
| | KARIMI, ERNESTINA | | Account Number / CD #: | *******7977 Checking Account |
| Taxpayer ID No: | *******0360 | | | |
| For Period Ending: | 10/05/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 05, 2016 |
|---|---|---|---|---|---|---|

Case Number: 10-31966  
Debtor Name: KARIMI, ABDOL HAMID

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Zions First National Bank<br>c/o Steven A. Levy, Goldberg Kohn Ltd.<br>55 East Monroe St., Suite 3300<br>Chicago, IL 60603 | Secured | | $0.00 | $0.00 | $0.00 |
| 001<br>2100-00 | ANDREW J. MAXWELL, TRUSTEE<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $1,605.00 | $0.00 | $1,605.00 |
| 002<br>6120-00 | MAXWELL LAW GROUP, LLC<br>20 N. CLARK ST.<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | | $15,121.20 | $0.00 | $15,121.20 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | | $29.10 | $29.10 | $0.00 |
| 000005A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $17.29 | $0.00 | $17.29 |
| 000006A<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $539.34 | $0.00 | $539.34 |
| 000002<br>070<br>7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $3,134.98 | $0.00 | $3,134.98 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,795.56 | $0.00 | $9,795.56 |
| 000004<br>070<br>7100-00 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | Unsecured | | $361,825.91 | $0.00 | $361,825.91 |
| 000005B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $32.00 | $0.00 | $32.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 05, 2016 |

Case Number:  10-31966  
Debtor Name:  KARIMI, ABDOL HAMID               Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000006B 070 7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $709.44 | $0.00 | $709.44 |
| 000007 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $5,767.73 | $0.00 | $5,767.73 |
| 000008 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $344.89 | $0.00 | $344.89 |
| 000009 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,217.44 | $0.00 | $3,217.44 |
| 000010 070 7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,256.84 | $0.00 | $3,256.84 |
| | Case Totals: | | | $405,396.72 | $29.10 | $405,367.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-31966 TAB
Case Name: KARIMI, ABDOL HAMID
    KARIMI, ERNESTINA
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $ 8,017.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,605.00 | $ 0.00 | $ 1,605.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 29.10 | $ 29.10 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 1,605.00
Remaining Balance $ 6,412.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Fees: MAXWELL LAW GROUP, LLC | $ 15,105.50 | $ 0.00 | $ 6,405.71 |
| Attorney for Expenses: MAXWELL LAW GROUP, LLC | $ 15.70 | $ 0.00 | $ 6.66 |

Total to be paid for prior chapter administrative expenses $ 6,412.37
Remaining Balance $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 556.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 388,641.42 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Zions First National Bank | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Nordstrom fsb | $ 3,134.98 | $ 0.00 | $ 0.00 |
| 000003 | Discover Bank | $ 9,795.56 | $ 0.00 | $ 0.00 |
| 000004 | U S Small Business Administration | $ 361,825.91 | $ 0.00 | $ 0.00 |
| 000005A | Illinois Department of Revenue | $ 17.29 | $ 0.00 | $ 0.00 |
| 000006A | Illinois Department of Revenue | $ 539.34 | $ 0.00 | $ 0.00 |
| 000007 | Capital Recovery V, LLC | $ 5,767.73 | $ 0.00 | $ 0.00 |
| 000008 | Capital Recovery V, LLC | $ 344.89 | $ 0.00 | $ 0.00 |
| 000009 | American Express Bank, FSB | $ 3,217.44 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Centurion Bank | $ 3,256.84 | $ 0.00 | $ 0.00 |
| 000005B | Illinois Department of Revenue | $ 32.00 | $ 0.00 | $ 0.00 |
| 000006B | Illinois Department of Revenue | $ 709.44 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $_____0.00

Remaining Balance  $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE