IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **No. 10-31966** |
| ABDOL HAMID KARIMI and ) | Hon. Timothy A. Barnes |
| ERNESTINA KARIMI ) | Chapter 7 |
| ) | |
| Debtors. ) | |

## AMENDED CERTIFICATE OF SERVICE

     The undersigned attorney certifies that he caused to be electronically served a copy of the Notice of Trustee's Amended Final Report and Applications for Compensation and Deadline to Object (NFR) to any party having registered pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and to all parties having filed claims in the case, as set forth on the attached service list, by depositing same in the United States Mail, postage prepaid, on November 2, 2016.

                             */s/ Andrew J. Maxwell*

                             Andrew J. Maxwell (ARDC #1799150)
                             **Maxwell Law Group, LLC**
                             20 North Clark Street, Suite 200
                             Chicago, IL 60602
                             312/368-1138

## SERVICE LIST

Zions First National Bank
c/o Steven A. Levy, Goldberg Kohn Ltd.
55 East Monroe St., Suite 3300
Chicago, IL 60603

Nordstrom fsb
P.O. Box 6566
Englewood, CO 80155

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

U S Small Business Administration
c/o Mary Cvengros
500 W Madison St., #1150
Chicago, IL 60661

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701