# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KARIMI, ABDOL HAMID | § | Case No. 10-31966 TAB |
| KARIMI, ERNESTINA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,308,725.00 *(Without deducting any secured claims)* | Assets Exempt: 13,350.00 |
| Total Distributions to Claimants:  0.00 | Claims Discharged Without Payment:  678,229.11 |
| Total Expenses of Administration:  8,550.00 | |

3) Total gross receipts of $ 8,550.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 8,550.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,586,853.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,137.63 | 2,137.63 | 2,137.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 15,121.20 | 15,121.20 | 6,412.37 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,669.11 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 285,918.58 | 775,804.87 | 388,641.42 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,876,440.69 | $ 793,063.70 | $ 405,900.25 | $ 8,550.00 |

4) This case was originally filed under chapter 7 on  07/19/2010 .  The case was pending for 78 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/13/2016                      By:/s/ANDREW J. MAXWELL, TRUSTEE
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Investment/Condominium: 1235 S. Prairie Ave., Unit | 1122-000 | 8,550.00 |
| **TOTAL GROSS RECEIPTS** | | $8,550.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cbna Po Box 769006 San Antonio, TX 78245 | | 149,436.00 | NA | NA | 0.00 |
| | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 | | 205,161.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gmac Mortgage 3451 Hammond Ave Waterloo, IA 50702 | | 271,532.00 | NA | NA | 0.00 |
| | Harris Trust& Savings 111 W Monroe St Chicago, IL 60603 | | 468,224.00 | NA | NA | 0.00 |
| | SomerCor 504, Inc. 601 South LaSalle, Ste. 510 Chicago, IL 60605 | | 370,000.00 | NA | NA | 0.00 |
| | SomerCor 504, Inc. 601 South LaSalle, Ste. 510 Chicago, IL 60605 | | 370,000.00 | NA | NA | 0.00 |
| | SomerCor 504, Inc. 601 South LaSalle, Ste. 510 Chicago, IL 60605 | | 370,000.00 | NA | NA | 0.00 |
| | Zions First National B 1 S Main St Fl 14 Salt Lake City, UT 84133 | | 382,500.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,586,853.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 1,605.00 | 1,605.00 | 1,605.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 29.10 | 29.10 | 29.10 |
| ASSOCIATED BANK | 2600-000 | NA | 503.53 | 503.53 | 503.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 2,137.63 | $ 2,137.63 | $ 2,137.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAXWELL LAW GROUP, LLC | 6110-000 | NA | 15,105.50 | 15,105.50 | 6,405.71 |
| MAXWELL LAW GROUP, LLC | 6120-000 | NA | 15.70 | 15.70 | 6.66 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 15,121.20 | $ 15,121.20 | $ 6,412.37 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Depart of Revenue 100 W. Randolph St. 7-400 Springfield, IL 62794-9025 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 209.63 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 176.03 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 764.32 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 279.00 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 108.07 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 55.13 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 60.53 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 182.37 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 1,148.98 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 685.05 | NA | NA | 0.00 |
| | Illinois Depart of Revenue PO Box 19025 Springfield, IL 62794-9025 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 3,669.11 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAA Financial Services PO Box 851001 Dallas, TX 75285-1001 | | 29,882.19 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 3,256.00 | NA | NA | 0.00 |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | 3,217.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Art Resources c/o Nathaniel D. Lawrence, Esq. 2835 N. Sheffield, Ste. 232 Chicago, IL 60657 | | 16,057.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 15311 Wilmington, DE 19884 | | 46,835.00 | NA | NA | 0.00 |
| | BlueCross BlueShield BluePlus Po Box 2037 Aurora, IL 60507-2037 | | 521.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 13,368.00 | NA | NA | 0.00 |
| | Cap One Po Box 85520 Richmond, VA 23285 | | 13,139.00 | NA | NA | 0.00 |
| | Castle Orthopaedics Sports ME 2111 Ogden Ave. Aurora, IL 60504 | | 4.00 | NA | NA | 0.00 |
| | Castle Orthopaedics Sports ME 2111 Ogden Ave. Aurora, IL 60504 | | 70.00 | NA | NA | 0.00 |
| | Castle Orthopaedics Sports ME 2111 Ogden Ave. Aurora, IL 60504 | | 400.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Castle Orthopaedics Sports ME 2111 Ogden Ave. Aurora, IL 60504 | | 390.00 | NA | NA | 0.00 |
| | Castle Surgicenter LLC c/o Certified Services, Inc. Po Box 177 Waukegan, IL 60079-0177 | | 50.00 | NA | NA | 0.00 |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085 | | 50.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 15,578.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 11,880.00 | NA | NA | 0.00 |
| | Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886 | | 880.00 | NA | NA | 0.00 |
| | Chase c/o Cardmember Services PO Box 15153 Wilmington, DE 19886 | | 0.00 | NA | NA | 0.00 |
| | Chesterfield Awning Co., Inc. 16999 Van Dam Road South Holland, IL 60473 | | 3,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | 4,020.02 | NA | NA | 0.00 |
| | Collection 1071 Worcester Road Rt 9 Framingham, MA 01701 | | 5,430.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 9,795.00 | NA | NA | 0.00 |
| | Edward Hospital Po Box 4207 Carol Stream, IL 60197-4207 | | 13,815.50 | NA | NA | 0.00 |
| | Experian Business Information Services 475 Anton Boulevard Costa Mesa, CA 92626 | | 748.00 | NA | NA | 0.00 |
| | First National Merchant Solutions Po Box 2196 Omaha, NE 68103-0196 | | 135.86 | NA | NA | 0.00 |
| | Gemb/Banana Rep Po Box 981400 El Paso, TX 79998 | | 344.00 | NA | NA | 0.00 |
| | Gemb/Meijer Dc Po Box 981400 El Paso, TX 79998 | | 5,732.00 | NA | NA | 0.00 |
| | Grant Park 2, LLC 600 West Chicago Ave. Ste. 570 Chicago, IL 60610 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC PO Box 5244 Carol Stream, IL 60197 | | 839.14 | NA | NA | 0.00 |
| | HSBC PO Box 80053 Salinas, CA 93912-0053 | | 1,870.00 | NA | NA | 0.00 |
| | HSBC Po Box 98701 Las Vegas, NV 89195-0753 | | 724.07 | NA | NA | 0.00 |
| | Harris Po Box 5042 Rolling Meadows, IL 60008 | | 5,575.25 | NA | NA | 0.00 |
| | Kenny & Kenny 100 W. Roosevelt Rd. Ste. B-7 Wheaton, IL 60187 | | 592.91 | NA | NA | 0.00 |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 1,742.00 | NA | NA | 0.00 |
| | Lord & Taylor PO Box 960035 Orlando, FL 32896-0035 | | 193.26 | NA | NA | 0.00 |
| | MHS Physician Services Po Box 5081 Janesville, WI 53547 | | 276.10 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 210.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Business Bureau, LLC PO Box 1219 Park Ridge, IL 60068-7219 | | 841.86 | NA | NA | 0.00 |
| | Mercy Walworth Hospital & Medical Po Box 5003 Janesville, WI 53547-5003 | | 596.85 | NA | NA | 0.00 |
| | Milenium Family Dental 13544 S. Route 33 Ste. 100 Plainfield, IL 60585 | | 900.00 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 581.00 | NA | NA | 0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | 300.00 | NA | NA | 0.00 |
| | Nordstrom Fsb Po Box 6555 Englewood, CO 80155 | | 3,134.00 | NA | NA | 0.00 |
| | PNC Bank 2730 Liberty Ave. Pittsburgh, PA 15222 | | 2,294.83 | NA | NA | 0.00 |
| | PNC Bank PO Box 5570 Cleveland, OH 44101-0570 | | 53,547.27 | NA | NA | 0.00 |
| | Paragonway 2101 West Ben Whit Austin, TX 78704 | | 197.00 | NA | NA | 0.00 |
| | RCN Po Box 11816 Newark, NJ 07101-8116 | | 153.78 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | 353.86 | NA | NA | 0.00 |
| | Rush Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | 594.00 | NA | NA | 0.00 |
| | Rush Copley Medical Center PO Box 352 Aurora, IL 60507 | | 538.00 | NA | NA | 0.00 |
| | Rush Copley Medical Center PO Box 352 Aurora, IL 60507 | | 303.86 | NA | NA | 0.00 |
| | Rush Copley Medical Center PO Box 352 Aurora, IL 60507 | | 1,003.86 | NA | NA | 0.00 |
| | Rush Copley Medical Center PO Box 352 Aurora, IL 60507 | | 799.95 | NA | NA | 0.00 |
| | Rush Copley Medical Center PO Box 352 Aurora, IL 60507 | | 353.86 | NA | NA | 0.00 |
| | Rush University Medical Center 1700 W. Van Buren Chicago, IL 60612 | | 1,391.73 | NA | NA | 0.00 |
| | Rush University Medical Center 1700 W. Van Buren Chicago, IL 60612 | | 419.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Medical Center 1700 W. Van Buren Chicago, IL 60612 | | 25.00 | NA | NA | 0.00 |
| | Rush University Medical Center 1700 W. Van Buren Chicago, IL 60612 | | 25.00 | NA | NA | 0.00 |
| | Rush University Medical Center 1700 W. Van Buren Chicago, IL 60612 | | 681.31 | NA | NA | 0.00 |
| | Rush University Medical Group 75 Remittance Dr., Dept. 6807 Chicago, IL 60675-6807 | | 42.80 | NA | NA | 0.00 |
| | Rush University Medical Group 75 Remittance Dr., Dept. 6807 Chicago, IL 60675-6807 | | 222.00 | NA | NA | 0.00 |
| | Rush University Medical Group 75 Remittance Dr., Dept. 6807 Chicago, IL 60675-6807 | | 20.00 | NA | NA | 0.00 |
| | Rush University Medical Group 75 Remittance Dr., Dept. 6807 Chicago, IL 60675-6807 | | 144.40 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rush University Medical Group 75 Remittance Dr., Dept. 6807 Chicago, IL 60675-6807 | | 100.00 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 3,790.00 | NA | NA | 0.00 |
| | T-Mobile PO Box 742596 Cincinnati, OH 45274-2596 | | 593.92 | NA | NA | 0.00 |
| | Tnb - Target Po Box 673 Minneapolis, MN 55440 | | 769.00 | NA | NA | 0.00 |
| | Trust Rec Sv Munster, IN 46321 | | 80.00 | NA | NA | 0.00 |
| 000009 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 3,217.44 | 3,217.44 | 0.00 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 3,256.84 | 3,256.84 | 0.00 |
| 000007 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 5,767.73 | 5,767.73 | 0.00 |
| 000008 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 344.89 | 344.89 | 0.00 |
| 000003 | DISCOVER BANK | 7100-000 | NA | 9,795.56 | 9,795.56 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 17.29 | 17.29 | 0.00 |
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 32.00 | 32.00 | 0.00 |
| 000006A | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 539.34 | 539.34 | 0.00 |
| 000006B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 709.44 | 709.44 | 0.00 |
| 000002 | NORDSTROM FSB | 7100-000 | NA | 3,134.98 | 3,134.98 | 0.00 |
| 000004 | U S SMALL BUSINESS ADMINISTRATION | 7100-000 | NA | 361,825.91 | 361,825.91 | 0.00 |
| 000001 | ZIONS FIRST NATIONAL BANK | 7100-000 | NA | 387,163.45 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 285,918.58 | $ 775,804.87 | $ 388,641.42 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 10-31966 | TAB | Judge: TIMOTHY A. BARNES | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | KARIMI, ABDOL HAMID | | | Date Filed (f) or Converted (c): | 07/19/10 (f) |
| | KARIMI, ERNESTINA | | | 341(a) Meeting Date: | 09/21/10 |
| For Period Ending: | 12/13/16 | | | Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence/Condominium: 5121 N. Kenmore Ave., Apt. | 200,000.00 | 0.00 | | 0.00 | FA |
| 2. Residence/Single Family House: 2412 Wild Timothy R | 350,000.00 | 0.00 | | 0.00 | FA |
| 3. Investment/Single story commerical retail space: 5 | 700,000.00 | 0.00 | | 0.00 | FA |
|    Investment/Single story commerical retail space:<br>   505 Skokie Blvd.<br>   Wilmette, Illinois 60091 | | | | | |
| 4. Investment/Condominium: 1235 S. Prairie Ave., Unit | 415,000.00 | 0.00 | | 8,550.00 | FA |
| 5. Cash on hand | 125.00 | 0.00 | | 0.00 | FA |
| 6. Personal checking account at Fifth Third Bank | 750.00 | 0.00 | | 0.00 | FA |
| 7. Personal checking account at North Shore Community | 200.00 | 0.00 | | 0.00 | FA |
| 8. Personal savings account at Fifth Third Bank | 200.00 | 0.00 | | 0.00 | FA |
| 9. Business checking account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Business savings account at North Shore Communtiy | 0.00 | 0.00 | | 0.00 | FA |
| 11. Security deposit with seller for the purchase of U | 32,500.00 | 27,525.00 | | 0.00 | FA |
| 12. Necessary and general household goods and furnishi | 750.00 | 0.00 | | 0.00 | FA |
| 13. Necessary and ordinary household goods and furnish | 1,000.00 | 0.00 | | 0.00 | FA |
| 14. Necessary wearing apparel<br>   HUSBAND | 350.00 | 0.00 | | 0.00 | FA |
| 15. Necessary wearing apparel<br>   WIFE | 500.00 | 0.00 | | 0.00 | FA |
| 16. Term life insurnace | 0.00 | 0.00 | | 0.00 | FA |
| 17. 60% shareholder of The Karimi Collection, Inc. Con | 19,200.00 | 19,200.00 | | 0.00 | FA |
| 18. 40% shareholder of The Karimi Collection, Inc. Con | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 19. 2001 Audi TT with aprox. 150,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. 2004 Yukon GMAC XL with aprox. 75,000 miles (in na | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. judgment against debtors per court order doc # 98 (u) | 0.00 | 13,325.00 | | 0.00 | 13,325.00 |

LFORM1

Ver: 19.06b

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 10-31966   TAB   Judge: TIMOTHY A. BARNES |
|---|---|
| Case Name: | KARIMI, ABDOL HAMID |
|  | KARIMI, ERNESTINA |

| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 07/19/10 (f) |
| 341(a) Meeting Date: | 09/21/10 |
| Claims Bar Date: | 04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| judgment may be uncollectible | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,737,075.00 | $72,050.00 | | $8,550.00 | $13,325.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted- UST wants AJM to advise on collectibility of J for which assigment is requested

TFR submitted 9.27.16

trying to resolve secured claim so TFR can be completed - case is very administratively insolvent

working on TFR - only remaining asset is the judgment against debtors.

motion for rule to show cause/judgment against Ds for failure to pay over the money they converted;

motion for rule to show granted, J agst. Ds 3-6-13 for $13K.  Unable to collect J thus far, considering alternatives.

RE issues being investigated, completed

Initial Projected Date of Final Report (TFR): 12/31/13       Current Projected Date of Final Report (TFR): 12/31/16

FORM 2                                                                                                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| Case No: | 10-31966 -TAB | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | KARIMI, ABDOL HAMID | | Bank Name: | ASSOCIATED BANK |
| | KARIMI, ERNESTINA | | Account Number / CD #: | *******7977  Checking Account |
| Taxpayer ID No: | *******0360 | | | |
| For Period Ending: | 12/13/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/17/12 | 4 | LAURA P. ENZENDORFER 1235 S PRAIRIE AVE, APT 2305 CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 2,850.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER 1235 S PRAIRIE AVE, APT 2305 CHICAGO, IL 60605 | RCPTS - RENTAL OF REAL PROPERTY | 1122-000 | 2,850.00 | | 5,700.00 |
| 10/17/12 | 4 | LAURA P ENZENDORFER 1235 S PRAIRIE AVE, APT 2305 CHICAGO, IL 60605 | RENTAL OF REAL PROPERTY - OCTOBER | 1122-000 | 2,850.00 | | 8,550.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.46 | 8,548.54 |
| * 12/02/12 | | ASSOCIATED BANK | Bounce Check Fee | 2600-003 | 24.00 | | 8,572.54 |
| 12/02/12 | | Associated Bank | Bounce Check Fee | 2600-000 | | 24.00 | 8,548.54 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.22 | 8,546.32 |
| * 12/11/12 | | Reverses Adjustment IN on 12/02/12 | Bounce Check Fee entered incorrectly | 2600-003 | -24.00 | | 8,522.32 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.43 | 8,516.89 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.66 | 8,504.23 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.42 | 8,492.81 |
| 03/22/13 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.09 | 8,485.72 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.63 | 8,473.09 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.19 | 8,460.90 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.58 | 8,448.32 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.16 | 8,436.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.54 | 8,423.62 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.52 | 8,411.10 |

Page Subtotals        8,550.00        138.90

FORM 2                                                                                         Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                             Exhibit 9

| | |
|---|---|
| Case No: | 10-31966  -TAB |
| Case Name: | KARIMI, ABDOL HAMID |
| | KARIMI, ERNESTINA |
| Taxpayer ID No: | *******0360 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7977  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,399.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.49 | 8,386.51 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,374.44 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.45 | 8,361.99 |
| 02/07/14 | 010002 | INTERNATIONAL SURETIES, LTD. | bond # 016026455 | 2300-000 | | 9.17 | 8,352.82 |
| | | ONE SHELL SQUARE | | | | | |
| | | 701 POYDRAS STREET, STE 420 | | | | | |
| | | NEW ORLEANS LA 70139 | | | | | |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.43 | 8,340.39 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.20 | 8,329.19 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.38 | 8,316.81 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.97 | 8,304.84 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.35 | 8,292.49 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.93 | 8,280.56 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.31 | 8,268.25 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.29 | 8,255.96 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.88 | 8,244.08 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.26 | 8,231.82 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.84 | 8,219.98 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.22 | 8,207.76 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.20 | 8,195.56 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.01 | 8,184.55 |
| 03/20/15 | 010003 | ADAMS LEVINE | Bond Payments | 2300-000 | | 7.87 | 8,176.68 |
| | | Attn: Maria Sponza | BOND # 10BSBGR6291 | | | | |
| | | 60 East 42nd Street Suite 965 | | | | | |
| | | New York, NY 10165-0965 | | | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.17 | 8,164.51 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.75 | 8,152.76 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.12 | 8,140.64 |

Page Subtotals                                   0.00            270.46

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-31966  -TAB |
| Case Name: | KARIMI, ABDOL HAMID |
| | KARIMI, ERNESTINA |
| Taxpayer ID No: | *******0360 |
| For Period Ending: | 12/13/16 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7977  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.71 | 8,128.93 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.09 | 8,116.84 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,104.77 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.66 | 8,093.11 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.03 | 8,081.08 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.63 | 8,069.45 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 8,057.45 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.47 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.19 | 8,034.28 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.94 | 8,022.34 |
| 04/12/16 | 010004 | ARTHUR B. LEVINE COMPANY | Bond Blanquet | 2300-000 | | 4.97 | 8,017.37 |
| | | 370 LEXINGTON AVE | Bond # 10BSBGR6291 | | | | |
| | | SUITE 1101 | | | | | |
| | | NEW YORK, NY 10017 | | | | | |
| 11/29/16 | 010005 | ANDREW J. MAXWELL, TRUSTEE | Trustee compensation | 2100-000 | | 1,605.00 | 6,412.37 |
| | | 20 N. CLARK ST. | | | | | |
| | | SUITE 200 | | | | | |
| | | CHICAGO,  IL 60602 | | | | | |
| 11/29/16 | 010006 | MAXWELL LAW GROUP, LLC | ATTY FEES AND EXPENSES | | | 6,412.37 | 0.00 |
| | | 20 N. CLARK ST. | O/C  11/29/2016 | | | | |
| | | SUITE 200 | | | | | |
| | | CHICAGO, IL 60602 | | | | | |
| | | | Fees          6,405.71 | 6110-000 | | | |
| | | | Expenses         6.66 | 6120-000 | | | |

| | | | | |
|---|---|---|---|---|
| | Page Subtotals | | 0.00 | 8,140.64 |

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2                                                                                        Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

Case No:         10-31966 -TAB                    Trustee Name:              ANDREW J. MAXWELL, TRUSTEE
Case Name:       KARIMI, ABDOL HAMID             Bank Name:                 ASSOCIATED BANK
                 KARIMI, ERNESTINA               Account Number / CD #:     *******7977  Checking Account
Taxpayer ID No:  *******0360
For Period Ending: 12/13/16                       Blanket Bond (per case limit):  $  5,000,000.00
                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,550.00 | 8,550.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,550.00 | 8,550.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,550.00 | 8,550.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7977 | 8,550.00 | 8,550.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,550.00 | 8,550.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                      0.00

Ver: 19.06b